ORIGINAL/ NO COPIES

EDWARD GULBRANDSON
(Name)

F3-11-132 P.O. BOX 799007 MONEY 9003 REGULAR.
(Address)

SAN DIEGO, CA. 92179-9003
(City, State, Zip)

C46985
(CDC Inmate No.)

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District of California

EDWARD KEITH GULBRANDSON,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

TOM HARVIE, PRESIDENT (CEO) of GOODYEAR TIRE & RUBBER CO. AKRON, OHIO,
______________________,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 1192 LAB WMc

Civil Case No.____________
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983 (P.L.R.A. 1996)

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓ ProSe ____

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under different or additional authority, list them below.

______________________________________________

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, GULBRANDSON (print Plaintiff's name) EDWARD KEITH, who presently resides at R.J. DONOVAN CORR. FACILITY AT 480 ALTA ROAD SAN DIEGO, CA 92179-9003 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at ______________ (institution/place where violation occurred) on (dates) ________ (Count 1), ________ (Count 2), and ________ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant TAM HARVIE resides in AKRON, OHIO,
(name) (County of residence)
and is employed as a CEO GOODYEAR TIRE & RUBBER COMPANY This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: I WAS DENIED ACCESS TO THE COURTS UNDER, THE RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES, AND THE 14TH AMENDMENT RIGHT TO DUE PROCESS OF LAW, CONGRESS ENACTED THE 14TH AMEND. & > THE FIFTH AMENDMENT DEPRIVATION OF PROPERTY; NOR SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION.

Defendant ______________ resides in ______________,
(name) (County of residence)
and is employed as a ______________. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ______________

Defendant ______________ resides in ______________,
(name) (County of residence)
and is employed as a ______________. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ______________

Defendant ______________ resides in ______________,
(name) (County of residence)
and is employed as a ______________. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ______________

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 1ST, 5th & 14th AMENDMENTS TO THE U.S. CONSTITUTION. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important ~~to Count 1~~ TO COUNT 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

IN 1989, I developed MY INVENTION THE "DIRECTIONAL ASYMMETRICAL TREAD" USED BY GOODYEAR TIRE & RUBBER CO AKRON, OHIO. I SECURED A COPYRIGHT © 1991 OCTOBER 22, 1991 AND SENT THE SPECIFICATION, DESCRIPTION, CLAIMS, ABSTRACT, & DRAWINGS TO A FIELD REPRESENTATIVE AT, B.F. GOODRICH IN COLUMBUS, OHIO — WHO, TOOK IT OVER TO GOODYEAR TIRE & RUBBER COMPANY IN AKRON, OHIO AND SOLD THE COPYRIGHTED IDEA TO GOODYEAR FOR $300,000.00. I WAS NEVER COMPENSATED FOR MY COPYRIGHTED IDEA UNDER, THE FIFTH AMENDMENT RIGHT TO BE JUSTLY COMPENSATED FOR, PRIVATE PROPERTY SOLD TO THE PUBLIC USE WITHOUT JUST COMPENSATION. UNDER, THE 1ST AMENDMENT RIGHT: TO, PETITION TO GOVERNMENT FOR REDRESS OF GRIEVANCES. THE 5th AMENDMENT RIGHT: "SHALL NOT BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW; NOR SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION. THE FIFTH AND FOURTEENTH AMENDMENTS BOTH CONTAIN DUE PROCESS CLAUSES PROHIBITING THE DEPRIVATION OF "LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW." [THE FIFTH AMENDMENT CLAUSE IS APPLIED TO FEDERAL OFFICIALS WHILE, THE 14th AMENDMENT CLAUSE APPLIES TO STATE GOVERNMENT OFFICIALS. THERE IS A TWO PRONG TEST FOR VIEWING DUE PROCESS VIOLATIONS: (1) WAS THERE AN ACTUAL DEPRIVATION OF LIFE, LIBERTY OR PROPERTY? AND (2) DID IT OCCUR WITHOUT DUE PROCESS OF LAW? THE ISSUE OF DUE PROCESS ARIZES IN A NUMBER OF CASES INCLUDING: DEPRIVATION OR DESTRUCTION OF PROPERTY.

Edward Keith Gulbrandson
OWNER OF: AQUA TREAD TIRE DESIGN.

Count 2: The following civil right has been violated: THE SIXTH AMENDMENT TO THE U.S. CONSTITUTION, [redacted] (ERROR) (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) FREEDOM TO ACCESS THE COURTS.

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.] COURT ACCESS:

THE SIXTH AMENDMENT PROTECTS A PRISONER'S RIGHT TO DEFEND HIMSELF ON A PRO-SE BASIS. THIS IN TURN CALLS FOR SOME LEVEL OF "ACCESS TO THE COURTS" WHICH MAY INCLUDE ACCESS TO LEGAL ASSISTANCE, THE RIGHT TO CONFIDENTIAL COMMUNICATION WITH THE COURTS AND ATTORNEYS AND THE RIGHT TO FILE LEGAL DOCUMENTS AND WRITINGS WITH THE COURTS WITHOUT THREAT OF RETALIATION. I WISH TO MAKE A VERBAL MOTION FOR APPOINTMENT OF COUNSEL. ALSO, I WILL PAY COURT COSTS, FILING FEES, AND ANY OTHER COSTS TO THE DEFENDANTS FOR TRANS-PORTATION, FUEL, FOOD, LIVING ACCOMMODATIONS, CLOTHING OR ANY OTHER COSTS INCURRED BY FILING MY LAW SUIT. SHALL BE, AWARDED TO THE ATTORNEYS FOR THE PLAINTIFF TO PAY ATTORNEY FEES FOR DEFENDANT(S) NAMED HEREIN AND FOR COURT COSTS AND FILING FEES FOR DEFENDANTS: U.S. DIPLOMATIC IMMUNITY FROM PROSECUTION BY DEFENDANTS WHO, FILE A COUNTER CLAIM STATING THAT THEY RETAIN THE RIGHT TO FILE SUIT FOR WHATEVER REASON, AGAINST THE PLAINTIFF. HE, CLAIMS DIPLOMATIC IMMUNITY FOR PROSECUTION BECAUSE, PLAINTIFF CLAIMS A SOVEREIGN NATION, AND CANNOT BE PROSECUTED UNDER, COLOR OF STATE OR FEDERAL LAW.

Count 3: The following civil right has been violated: THE FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) ARGERSINGER V. HAMLIN, 407 U.S. 25 (1972) - COUNSEL FOR [redacted] (ERROR) DEFENDANTS.

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

ALL PERSONS BORN OR NATURALIZED CITIZENS IN THE UNITED STATES, AND SUBJECT TO THE JURISDICTION THEREOF, ARE CITIZENS OF THE UNITED STATES AND THE STATE WHEREIN THEY RESIDE. NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY OR OR PROPERTY WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW. IT SHOULD BE NOTED THAT THE SUPREME COURT IN PLYLER V. DOE, 457 U.S. 202 (1982) ADDRESSED THE ISSUE OF CONSTITUTIONAL RIGHTS, AND IN PARTICULAR THE RIGHTS UNDER THE FOURTEENTH AMENDMENT. IN ITS DECISION, THE COURT STATED: "THE FOURTEENTH AMENDMENT PROVIDES THAT NO STATE SHALL 'DEPRIVE ANY PERSON OF LIFE, LIBERTY OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS.' EVEN ALIENS, WHOSE PRESENCE IN THIS COUNTRY IS UNLAWFUL, HAVE LONG BEEN RECOGNIZED AS 'PERSONS' GUARANTEED DUE PROCESS OF LAW BY THE FIFTH & FOURTEENTH AMENDMENTS. SHAUGHNESSY V. MEZEI, 345 U.S. 206, 212 (1953); WONG WING V. UNITED STATES, 163 U.S. 228, 238 (1896); YICK WO V. HOPKINS, 118 U.S. 356, 369 (1886). GIDEON V. WAINWRIGHT, 372 U.S. 335 (1963) - ASSISTANCE OF COUNSEL.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No. MEMORANDUM & OPINION

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit: EDWARD GULBRANDSON - PLAINTIFF

Plaintiffs: ~~TOM HARVIE PRESIDENT CEO~~ (ERROR).

Defendants: TOM HARVIE PRESIDENT CEO GOODYEAR TIRE

(b) Name of the court and docket number: CASE 5:06-CV-01517-JG U.S. DISTRICT COURT 08/30/2006

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] THE (3) YEARS STATUTE OF LIMITATIONS HAS NOT EXPIRED

(d) Issues raised: SEE, MEMORANDUM OF OPINION AND ORDER. THERE ARE NO STATUTE OF LIMITATIONS ON: CONSTITUTIONAL VIOLATIONS OF RIGHTS AFFORDED THE PLAINTIFF IN OWNERSHIP OF PROPERTY STOLEN BY GOODYEAR TIRE AND RUBBER COMPANY.

(e) Approximate date case was filed: 08/30/2006

(f) Approximate date of disposition: AUG. 30, 2006

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I REFILED IN U.S. DISTRICT COURT AT AKRON, OHIO ON JUNE 20, 2006 PRO SE; IN FORMA PAUPERIS; I DID NOT FILE ON CONSTITUTIONAL RIGHTS UNTIL, MARCH 21, 2005 U.S. DISTRICT COURT IN WASHINGTON D.C. 20001 I DID NOT KNOW I HAD TO FILE IN AKRON, OHIO UNTIL APRIL 27TH, 2005 AGAIN THERE IS NO STATUTE OF LIMITATION ON CONSTITUTIONAL RIGHTS VIOLATIONS (ENACTED BY CONGRESS).

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): FROM SUEING THE PLAINTIFF IN A COUNTER-CLAIM; ON ALL MONEY WHICH, NEEDS TO BE COMPENSATED: FOR/SECURING A PATENT WITHOUT, MY INCLUDED NAME ON THE PATENT.

2. Damages in the sum of $ 7.5 BILLION DOLLARS AS OWNER OF: DIRECTIONAL ASYMMETRICAL TREAD USED BY GOODYEAR TIRE & RUBBER CO.

3. Punitive damages in the sum of $ COURT COSTS, & ATTORNEYS FEES. (PAIN & SUFFERING)

4. Other: COMPENSATORY DAMAGES: $7.5 BILLION BRINGING THE AMOUNT TO $15 BILLION, RESPECTIVELY. OR RECALL ALL: AQUA TREAD TIRES MFG. BY GOODYEAR.

**F. Demand for Jury Trial** YES /.

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.) ALLOW THE PLAINTIFF TO ATTEND TO JURY TRIAL ON CONSTITUTIONAL RIGHTS.

**G. Consent to Magistrate Judge Jurisdiction** YES

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

06/12/08
Date

Edward Peter Gilhandson
Signature of Plaintiff

I WISH TO DECLINE FROM CONSENT AT THIS TIME. I REQUEST APPOINTMENT COUNSEL TO CONFER WITH, ON, ALL CIVIL ACTIONS.

§ 1983 SD Form
(Rev. 4/06)

FIFTEEN AFFIDAVIT

MOTION FOR APPOINTMENT OF COUNSEL:

PURSUANT TO 18 U.S.C. § 3006 A (CJA) >
(CRIMINAL JUSTICE ACT).
COUNSEL AUTOMATICALLY SHALL CONTINUE ON APPEAL.
WITHOUT FILING THE AFFIDAVIT REQUIRED BY
28 U.S.C. § 1915 (a).

PP.18 (f) COUNSEL'S CLAIM FOR FEES AND EXPENSES
FRAP 46(C) ATTORNEYS, CIRCUIT RULE 27-9.1.
FRAP 5
(A) PETITION FOR PERMISSION TO APPEAL, AFTER D.CRT.
FILE A COST BOND/SIGNED; FILING THE RECORD,
(RULE 7).

Edward Keith Gullbrandson
PLAINTIFF

SWORN UNDER PENALTIES
OF PERJURY 06/12/08.

ORIGINAL/No Copies

EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD KEITH GULBRANDSON, | ) | CASE NO. 5:06 CV 1517 |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| GOODYEAR TIRE & RUBBER CO., | ) | MEMORANDUM OF OPINION AND ORDER |
| Defendant. | ) | |

On June 20, 2006, plaintiff pro se Edward Keith Gulbrandson filed this in forma pauperis action against Goodyear Tire & Rubber Co. The complaint alleges that Gulbrandson designed "directional asymmetrical tread . ERROR to prevent an automobile from ([redacted]) hydroplaning," and that defendant sold his "copyrighted idea to the public for fifteen billion dollars." For the reasons stated below, this action is dismissed pursuant to 28 U.S.C. § 1915(e).

Although pro se pleadings are liberally construed, Boag v. MacDougall, 454 U.S. 364, 365 (1982) (per curiam); Haines v. Kerner, 404 U.S. 519, 520 (1972), the district court is required to dismiss an action under 28 U.S.C. § 1915(e) if it fails to state a claim upon which relief can be granted, or if it lacks an arguable

basis in law or fact.[1] Neitzke v. Williams, 490 U.S. 319 (1989); Lawler v. Marshall, 898 F.2d 1196 (6th Cir. 1990); Sistrunk v. City of Strongsville, 99 F.3d 194, 197 (6th Cir. 1996).

As a threshold matter, the court notes that an essentially identical claim was filed by plaintiff in this court in 1992, and that action was dismissed for want of prosecution. Gulbrandson v. Goodyear Tire Co., 5:92 CV 1632. Further, regardless of the potential merits of the claim,[2] it is obvious on the face of the complaint that the three year statute of limitations for bringing it expired well before plaintiff filed this action. 17 U.S.C. § 507(b). Cf. Ritchie v. Williams, 395 F.3d 283 (6th Cir. 2005). There would thus be no purpose in allowing this matter to go forward in view of the fact that it is clearly time-barred. Thomas v. Shipka, 829 F.2d 570 (6th Cir. 1987); Privett v. Trammell, No. 85-6042, 1987 U.S. App. LEXIS 4918 (6th Cir. April 10, 1987). (THERE ARE NO STATUTE OF LIMITATIONS ON CONSTITUTIONAL RIGHTS VIOLATIONS.) 06/11/08-EKG

Accordingly, this action is dismissed under section 1915(e). Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in

---

[1] A claim may be dismissed sua sponte, without prior notice to the plaintiff and without service of process on the defendant, if the court explicitly states that it is invoking section 1915(e) [formerly 28 U.S.C. § 1915(d)] and is dismissing the claim for one of the reasons set forth in the statute. McGore v. Wrigglesworth, 114 F.3d 601, 608-09 (6th Cir. 1997); Spruytte v. Walters, 753 F.2d 498, 500 (6th Cir. 1985), cert. denied, 474 U.S. 1054 (1986); Harris v. Johnson, 784 F.2d 222, 224 (6th Cir. 1986); Brooks v. Seiter, 779 F.2d 1177, 1179 (6th Cir. 1985).

[2] Copyright protects expressive works of authorship. It does not protect inventions. See 17 U.S.C. § 102(b).

SEE, 17 U.S.C. § 101 COPYRIGHT PROTECTS INVENTIONS.

good faith.

IT IS SO ORDERED.

Dated: August 30, 2006

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

Affidavit

Comes Now, Edward Keith Gulbrandson, and states that the institution photocopying machine is located at a "mainline" area and inmates get copies and destroy them, or jumble them, where, court deadlines get abused.

I, Edward Keith Gulbrandson, am on a Sensitive Needs Yard and I only have original orders by the court & I cannot afford to lose them to negligence.

Thank you, for your time, and consideration.

I wish to file original writs & court orders.

Supporting documentation is enclosed.

Sworn under penalties of perjury this 12th day of June 2008.

Edward Keith Gulbrandson

In Pro Se.

ORIGINAL

**INSTRUCTIONS FOR FILING**
**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**
**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LET MY ACCOUNT, BE CHARGED THE $350 FEE. FOR FILING.

(1) This complaint must be legibly handwritten or typewritten, and signed by the plaintiff. All questions must be answered concisely in the proper space on the form. Do NOT write on the back of any page.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a **fee of $350** your complaint will be filed if it is in proper order. The $350 fee must be submitted with the complaint, not separately.

(4) If you do not have the necessary funds to pay the $350 filing fee or cannot afford to pay for transcripts, counsel, appeal, or other costs connected with this civil action, you may request permission to proceed in forma pauperis, in which event you must execute a separate form provided by the Court, entitled "Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis" setting forth information establishing your inability to pay fees or costs.

IF YOU ARE A PRISONER, you **MUST** attach a certified copy of your prison trust account statements for the 6-month period immediately preceding the filing of the complaint per 28 U.S.C. § 1915(a)(2) or your motion to proceed in forma pauperis will be denied. Even if your motion to proceed in forma pauperis is granted, however, the Court will assess an initial partial filing fee at the time your action is filed. After the initial partial fee is assessed, YOU WILL STILL OWE THE BALANCE OF THE FILING FEE WHICH THE COURT WILL ORDER GARNISHED FROM YOUR PRISON TRUST ACCOUNT.

(5) When the complaint is fully completed, the original and at least two copies must be mailed to: Clerk of U.S. District Court, Room 4290, 880 Front Street, San Diego, CA 92101-8900.

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **Edward Keith Gulbrandson** | **Tom Harvie, President (CEO) of Goodyear Tire & Rubber Co.** |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>**Edward Keith Gulbrandson**<br>**P.O. Box 799003**<br>**San Diego, CA 92179-9003**<br>**C46985** | ATTORNEYS (IF KNOWN)<br>'08 CV 1192 LAB WMc |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ____ ProSe

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE July 1, 2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~